1  ALYSON M. GLEASON, Esq. – STATE Bar No.: 267018
   LAW OFFICE OF KEVIN PEGAN
2  Mailing Address:
   PO Box 26667
3  Overland Park, KS 66225
   Physical Address
4  One MacArthur Place, Suite 650
   Santa Ana, California  92707
5  Telephone:  (714) 436-2700
   Facsimile:  (877) 569-7395
6  Attorneys for Defendant/Cross-Complainant,

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11                                          **SACV 13 - 00899 JST (ANx)**
   CASEY BLOTZER,
12                                    CASE NO.:
              Plaintiff,              30-2013-006 44569-CL-NP-NJC
13
   vs.                               **NOTICE OF REMOVAL OF ACTION
14                                    UNDER 28 U.S.C. §1441(b) (FEDERAL
   MONARCH RECOVERY MANAGEMENT,       QUESTION); DEMAND FOR JURY
15 INC.,                              TRIAL**

16            Defendants.

17 TO THE CLERK OF THE ABOVE ENTITLED COURT:

18

19 PLEASE TAKE NOTICE that Defendant MONARCH RECOVERY MANAGEMENT,

20 INC., hereby removes to this Court the state court action described below pursuant to

21 28 U.S.C. section 1441(b), 28 U.S.C. section 1331, 28 U.S.C. section 1343, and 28

22 U.S.C. section 1367.

23

24    1. Defendant MONARCH RECOVERY MANAGEMENT, INC. is informed and

25       believe that on 4/18/2013 an action was commenced in the Superior Court of the

26       State of California in and for the County of Orange, brought by Plaintiff CASEY

27       BLOTZER bearing case number: 30-2013-006 44569-CL-NP-NJC.  Defendant

28

                                         1
   \CACM 05039      NOTICE OF REMOVAL OF ACTION UNDER U.S.C. SECTION 1441(b) FEDERAL
                              QUESTION; DEMAND FOR JURY TRIAL

1  MONARCH RECOVERY MANAGEMENT, INC. was served with the complaint on its

2  agent for service CT Corporation on May 13, 2013.

3 2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.

4  section 1331 and 28 U.S.C. section 1343, and is one which may be removed to this

5  Court by Defendant pursuant to the provisions of 28 U.S.C. section 1441(b) in that it

6  arises under the Fair Debt Collection Practices Act, 15 U.S.C. section 1692, *et seq.*

7  (hereinafter "FDCPA").  Plaintiff alleges defendant harassed, oppressed and abused

8  plaintiff in violation of her rights and protections afforded by the FDCPA. (See Exhibit A)

9 3. The state court claims are all transactionally related to the federal claim and therefore

10  subject to jurisdiction under 28 U.S.C. section 1367.

11 4. There are no related cases in state or federal court at this time.

12 5. Notice of removal is being provided to all adverse parties as well as the Orange County

  Superior Court as required by 28 U.S.C. section 1446(d).

Dated: June ⫫ , 2013    LAW OFFICES OF KEVIN PEGAN

       By:  _Alyson Glea_____

         ALYSON M. GLEASON, Esq.
         Attorneys for Defendant
         MONARCH RECOVERY MANAGEMENT, INC.

\CACM 05039   NOTICE OF REMOVAL OF ACTION UNDER U.S.C. SECTION 1441(b) FEDERAL
       QUESTION; DEMAND FOR JURY TRIAL

EXHIBIT A

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

04/18/2013 at 09:18:12 AM

Clerk of the Superior Court
By Julie Carney,Deputy Clerk

1 Todd M. Friedman (SBN 216752)
2 Nicholas J. Bontrager (SBN 252114)
  Suren N. Weerasuriya (SBN 278512)
3 Law Offices of Todd M. Friedman, P.C.
4 369 S. Doheny Dr., Suite 415
  Beverly Hills, CA 90211
5 Phone: 877-206-4741
  Fax: 866-633-0228
6 tfriedman@attorneysforconsumers.com
7 nbontrager@attorneysforconsumers.com
  sweerasuriya@attorneysforconsumers.com
8 Attorney for Plaintiff

9

10        SUPERIOR COURT OF THE STATE OF CALIFORNIA
               FOR THE COUNTY OF ORANGE
11                LIMITED JURISDICTION

12                              Case No.   30-2013-00644569-CL-NP-NJC

13                            )  COMPLAINT FOR VIOLATION
   CASEY BLOTZER,            )   OF ROSENTHAL FAIR DEBT
14                            )  COLLECTION PRACTICES ACT AND
                              )  FEDERAL FAIR DEBT COLLECTION
15 Plaintiff,                 )  PRACTICES ACT
16      vs.                   )
                              )  (Amount not to exceed $10,000)
17                            )
   MONARCH RECOVERY           )
18 MANAGEMENT, INC.,          )     1.  Violation of Rosenthal Fair Debt
                              )         Collection Practices Act
19 Defendant.                 )     2.  Violation of Fair Debt Collection
                              )         Practices Act
20 ─────────────────────────  )

21

22                    I. INTRODUCTION

23      1.  This is an action for damages brought by an individual consumer for Defendant's

24 violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.*

25 (hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

26 (hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive,

27 deceptive, and unfair practices.

28

                              Complaint - 1

## II. PARTIES

2.      Plaintiff, Casey Blotzer ("Plaintiff"), is a natural person residing in Orange County in the State of California and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

3.      At all relevant times herein, Defendant, Monarch Recovery Management, Inc. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4.      At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

5.      Plaintiff has advised Defendant that the alleged debt in question does not belong to Plaintiff and she is not responsible for its payment.

6.      Despite Plaintiff's assurances that the debt does not belong to her, Defendant has placed numerous calls to Plaintiff at an average rate of four (4) to five (5) calls per week.

7.      In an attempt to collect a debt, Defendant placed calls to Plaintiff's home telephone at markedly inconvenient hours of the early morning.

8.      Defendant placed calls to Plaintiff's home telephone on November 3, 2012 at 8:15 a.m.; November 5, 2012 at 8:03 a.m. and again at 8:55 a.m.; and November 6, 2012 at 7:58 a.m., 4:55 p.m., and 5:35 p.m.

9.    In an attempt to collect a debt, Defendant called Plaintiff's telephone number (714) 271-3426 on the date of December 17, 2012 and left a message in which Defendant failed to inform Plaintiff that the communication was an attempt to collect a debt.

10.    On November 6, 2012 Plaintiff attempted to return a missed call to her telephone, unaware of who had contacted her, and heard only a generic recorded greeting which failed to disclose the identity of the company to whom the number belonged.

11.    Plaintiff once more attempted to call the aforementioned number back on November 7, 2012, and spoke to an agent named Tiffany Frank who identified the number as one belonging to Defendant.

12.    During Plaintiff's November 7, 2012 call to Defendant, Defendant's agent disclosed to Plaintiff that they had been trying to contact an individual by the name of Tammy Reeves at Plaintiff's telephone number (714) 670-7299.  Plaintiff attempted to inform Defendant of their error in contacting the wrong person, but this did nothing to deter Defendant from placing further calls to Plaintiff.

13.    Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

    a)  Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff (§ 1692d));

    b)  Communicating with Plaintiff at times or places which were known or should have been known to be inconvenient for Plaintiff (§1692c(a)(1));

    c)  Causing Plaintiff's telephone to ring repeatedly or continuously with intent to harass, annoy, or abuse Plaintiff (§1692d(5));

    d)  Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ Code §1788.11(d));

Complaint - 3

e) Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute a harassment to Plaintiff under the circumstances (Cal Civ Code § 1788.11(e)).

14.     As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

15.     Plaintiff reincorporates by reference all of the preceding paragraphs.

16.     To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

> A.     Actual damages;
> B.     Statutory damages for willful and negligent violations;
> C.     Costs and reasonable attorney's fees; and
> D.     For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

17.     Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

> A.     Actual damages;
> B.     Statutory damages;
> C.     Costs and reasonable attorney's fees; and,

1      D.     For such other and further relief as may be just and proper.

2

3    <u>**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**</u>

4    Respectfully submitted this April 18, 2013.

5

6

7                      By:

                             Todd M. Friedman, Esq.

8                           Law Offices of Todd M. Friedman, P.C.

                           Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):**
Todd M. Friedman, Esq. (SBN 216752)
Law Offices of Todd M. Friedman
369 S. Doheny Dr., Suite 415
Beverly Hills, CA 90211
**TELEPHONE NO.:** 877-206-4741   **FAX NO.:** 866-633-0228
**ATTORNEY FOR (Name):** Plaintiff, Casey Blotzer

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
**STREET ADDRESS:** 1275 North Berkeley
**MAILING ADDRESS:**
**CITY AND ZIP CODE:** Fullerton, 92838
**BRANCH NAME:** North Justice Center

**CASE NAME:**
Casey Blotzer v. Monarch Recovery Management, Inc.

| CIVIL CASE COVER SHEET | | Complex Case Designation | **CASE NUMBER:** |
|---|---|---|---|
| [ ] Unlimited (Amount demanded exceeds $25,000) | [✓] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 30-2013-00644569-CL-NP-NJC  **DEPT:** |

FOR COURT USE ONLY

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

04/18/2013 at 09:16:12 AM

Clerk of the Superior Court
By Julie Camey, Deputy Clerk

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[✓] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

**2.** This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought (check all that apply): a.[✓] monetary   b.[✓] nonmonetary; declaratory or injunctive relief   c.[ ] punitive
**4.** Number of causes of action (specify): 2
**5.** This case [ ] is [✓] is not a class action suit.
**6.** If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)

Date: April 18, 2013

Todd M. Friedman
_____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET                                    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) (if the
   case involves an uninsured
   motorist claim subject to
   arbitration, check this item
   instead of Auto)
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
      Wrongful Death
Product Liability (not asbestos or
   toxic/environmental) (24)
Medical Malpractice (45)
   Medical Malpractice–
      Physicians & Surgeons
   Other Professional Health Care
      Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
      and fall)
   Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
   Intentional Infliction of
      Emotional Distress
   Negligent Infliction of
      Emotional Distress
   Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) (not civil
   harassment) (08)
Defamation (e.g., slander, libel)
   (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
      (not medical or legal)
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
      Contract (not unlawful detainer
         or wrongful eviction)
   Contract/Warranty Breach–Seller
      Plaintiff (not fraud or negligence)
   Negligent Breach of Contract/
      Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections
      Case
Insurance Coverage (not provisionally
   complex) (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property (not eminent
      domain, landlord/tenant, or
      foreclosure)
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (if the case involves illegal
   drugs, check this item; otherwise,
   report as Commercial or Residential)
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
      Case Matter
   Writ–Other Limited Court Case
      Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   (arising from provisionally complex
   case type listed above) (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of
      County)
   Confession of Judgment (non-
      domestic relations)
   Sister State Judgment
   Administrative Agency Award
      (not unpaid taxes)
   Petition/Certification of Entry of
      Judgment on Unpaid Taxes
   Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (not specified
   above) (42)
   Declaratory Relief Only
   Injunctive Relief Only (non-
      harassment)
   Mechanics Lien
   Other Commercial Complaint
      Case (non-tort/non-complex)
   Other Civil Complaint
      (non-tort/non-complex)
**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition (not specified
   above) (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult
      Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late
      Claim
   Other Civil Petition

 CT Corporation

**Service of Process Transmittal**
05/13/2013
CT Log Number 522709531

TO:     Pat McSorley, Licensing Coordinator
        Monarch Recovery Management, Inc.
        10965 Decatur Road
        Philadelphia, PA 19154-

RE:     **Process Served in California**

FOR:    Monarch Recovery Management, Inc. (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Casey Blotzer, Pltf. vs. Monarch Recovery Management, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet, Instructions |
| **COURT/AGENCY:** | Orange County - Superior Court - Fullerton, CA<br>Case # 30201300644569CLNPNJC |
| **NATURE OF ACTION:** | Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/13/2013 at 16:51 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after this summons are served on you |
| **ATTORNEY(S) / SENDER(S):** | Todd M. Friedman<br>Law Offices of Todd M. Friedman, P.C.<br>369 S. Doheny Dr.<br>Suite 415<br>Beverly Hills, CA 90211<br>877-206-4741 |
| **REMARKS:** | Please note that the process server has underline/marked the entity name on documents prior serving to CT |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 799756602028<br>Image SOP<br>Email Notification, Pat McSorley pjmcsorley@monarchrm.com<br>Email Notification, Cindy Carter ccarter@monarchrm.com<br>Email Notification, Diane Mazzacano dmazzacano@monarchre.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of  1 / VG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

*5/13/13*
*3:35PM*
*AO*

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

MONARCH RECOVERY MANAGEMENT, INC.

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange
**04/18/2013** at 09:16:12 AM
Clerk of the Superior Court
By Julie Carney, Deputy Clerk

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CASEY BLOTZER

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of Orange

1275 North Berkeley Avenue
Fullerton, CA 92832-1258

30-2013-00644569-CL-NP-NJC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Todd M. Friedman, 369 S. Doheny Dr., Suite 415, Beverly Hills, CA 90211, 877-206-4741

DATE: **04/18/2013**
*(Fecha)*

ALAN CARLSON, Clerk of the Court

Clerk, by
*(Secretario)* _Julie Carney_ , Deputy
*(Adjunto)*

Julie Carney

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* MONARCH RECOVERY MANAGEMENT, INC.

under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 05-13-13

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

## PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA**              )
                                     )   **SS: NOTICE OF REMOVAL**
**COUNTY OF ORANGE**                 )

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is: One MacArthur Place, Suite 650, Santa Ana, California 92707.

On June  *12*, 2013, I served the foregoing document described **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (FEDERAL QUESTION)** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

☒  **BY MAIL:**  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY PERSONAL SERVICE:**  On ***, I caused the above-described document to be hand delivered to all counsel listed on the attached service list via DDS Attorney Service.

☒  **BY FACSIMILE:**  I caused such document to be faxed to the addressee.

☐  (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June  *12*, 2013 at Santa Ana, California.

_[signature]_

3
\CACM 05039       NOTICE OF REMOVAL OF ACTION UNDER U.S.C. SECTION 1441(b) FEDERAL
QUESTION; DEMAND FOR JURY TRIAL

1

## _BLOTZER  vs. MONARCH RECOVERY MANAGEMENT, INC._
### Case No.: 30-2013-006 44569-CL-NP-NJC

2

3

4
## SERVICE LIST

5
TODD M. FRIEDMAN, ESQ          **_Attorney for Plaintiff Casey Blotzer_**
369 S. Doheny Dr., Ste. 415          Tel: (877) 206-4741

6
Beverly Hills, CA 90211          Fax:

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

\CACM 05039          NOTICE OF REMOVAL OF ACTION UNDER U.S.C. SECTION 1441(b) FEDERAL
QUESTION; DEMAND FOR JURY TRIAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV13- 899 JST (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

_____

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [_] **Western Division** | [_] **Southern Division** | [_] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

_____

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| CASEY BLOTZER | MONARCH RECOVERY MANAGEMENT, INC. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |
|---|---|
| TODD M. FRIEDMAN, ESQ.<br>369 S. DOHENY DR., STE 415<br>BEVERLY HILLS, CA 90211<br>877-206-4741 | ALYSON M. GLEASON, ESQ. (267018)<br>LAW OFFICES OF KEVIN PEGAN<br>ONE MACARTHUR PLACE, STE. 650<br>SANTA ANA, CA; TELEPHONE: (714) 436-2700; FACSIMILE: (877) 569-7395 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding

☒ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ 10,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
ALLEGED VIOLATION OF FEDERAL FAIR DEBT COLLECTION PRACTICES ACT

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **SACV 13 - 00899 JST (ANx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE**: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, CA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Pennsylvania, Philadelphia |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, CA. | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
**Note**: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** *Alyson M. Glaus*   DATE: *June 11, 2013*

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |